IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-80259-KAM/WDM

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

      Plaintiff,

v.

BATTERIES ONLINE, INC.

      Defendant.
_____/

**ASSOULINE & BERLOWE, P.A.'S MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC**

Pursuant to S.D. Fla. L.R. 7.1(a)(1)(F), 11.1(d)(3) and Fla. Rul. Prof. Cond. 4-1.16 Eric N. Assouline, Peter A. Koziol, and Greg M. Popowitz, and all attorneys from Assouline & Berlowe, P.A. ("***A&B***"), counsel to Plaintiff Electronic Communication Technologies, LLC, hereby seek leave of Court to withdraw as counsel for Electronic Communications Technologies, LLC in this case and state:

    1.    A&B seeks to withdraw from the above case due to irreconcilable differences that have arisen between A&B and Electronic Communications Technologies, LLC.

    2.    A&B therefore seeks leave of Court to withdraw from the representation of Electronic Communications Technologies, LLC in this case.

    3.    Plaintiff Electronic Communications Technologies, LLC's mailing address is:

Electronic Communication Technologies, LLC
2563 CHERRY HILL LN
HERMITAGE, PA 16148

4.      Electronic Communication Technologies, LLC requests twenty (20) days to obtain new counsel. There are no pending deadlines in this case and Defendant is currently in Default. This relief is not for delay.

5.      Pursuant to, S.D. Fla. L.R. 7.1(a)(F) a proposed order granting the relief sought herein is attached as **Exhibit A**.

WHEREFORE, A&B respectfully requests that the Court grant this Motion to Withdraw, and such other relief as this Court finds just, fair, and equitable.

**CERTIFICATION OF COUNSEL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3) and 11.1(d)(3)**

Pursuant to S.D. Fla. L.R. 7.1(a)(3) and 11.1(d)(3), Counsel for Plaintiff Electronic Communication Technologies, LLC has conferred with Electronic Communication Technologies, LLC to resolve the issues raised in the Motion, and Electronic Communication Technologies, LLC agrees to the relief sought herein.

Dated: October 30, 2017

>                           **ASSOULINE & BERLOWE, P.A.**
>                           1801 N. Military Trail, Suite 160
>                           Boca Raton, FL 33431
>                           Telephone: (561) 361-6566
>                           Facsimile:  (561) 361-6466
>
>                   By:     s/Peter A. Koziol
>                           Peter A. Koziol, Esq. (FBN 030446)
>                           Eric N. Assouline (FBN 106143)
>                           ena@assoulineberlowe.com
>                           Greg M. Popowitz (FBN: 70313)
>                           gmp@assoulineberlowe.com
>                           Secondary:  ah@assoulineberlowe.com
>
>                           *Attorneys for Plaintiff,*
>                           *Electronic Communication Technologies, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods indicated below this day October 30, 2017 on all counsel or parties of record on the service list indicated below:

By:     s/Peter A. Koziol
Peter A. Koziol, Esq.

## SERVICE LIST
*Electronic Communication Technologies, LLC v. Batteries Online, Inc.*
**CASE NO.: 17-cv-80259-KAM/WDM**
**United States District Court, Southern District of Florida**

**VIA CM/ECF**
David K. Friedland, Esq.
dkf@friedlandvining.com
Jaime Rich Vining
jrv@friedlandvining.com
Friedland and Vining
9100 S. Dadeland Blvd.
Suite 1620
Miami, Florida 33156
Telephone: (305) 777-1725
Facsimile: (305) 456-4922

and,

James A. Stepan, Esq.
jstepan@mayback.com
Mayback & Hoffman, P.A.
5846 S. Flamingo Road, #232
Fort Lauderdale, FL 33330
Telephone: (954) 251-5002
Facsimile: (954) 704-1588

*Attorneys for Defendant,*
*Batteries Online, Inc.*

**VIA MAIL/EMAIL**

Electronic Communication Technologies, LLC
2563 CHERRY HILL LN
HERMITAGE, PA 16148
ATTN: Peter Sirianni, III
siriannip07@me.com

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466